**Order entered August 23, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-01093-CR
No. 05-20-01094-CR
No. 05-20-01095-CR

**DAYTON BLANE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 33107CR, 33108CR, 33109CR**

## ORDER

We **GRANT** the State's August 10, 2021 Motion for Extension of Time to File State's Brief. We **ORDER** the State to file its brief on or before **September 1, 2021.**

/s/     DAVID J. SCHENCK
        JUSTICE